IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | No. 9:20CR40 |
| v. | § § | |
| TYSON SPENCER | § § | JUDGE TRUNCALE |

## **ELEMENTS OF THE OFFENSE**

You are charged in Count One of the information with a violation of 21 U.S.C. § 841, possession with intent to distribute a controlled substance. The essential elements which must be proven to establish the violation are:

1. That you knowingly possessed a controlled substance;

2. That the substance was in fact 4F-MDMB-BUTINACA, a positional isomer of 5F-AMB, a Schedule I controlled substance;

3. That you possessed the controlled substance with the intent to distribute it; and

4. That the quantity of the substance was a detectable 4F-MDMB-BUTINACA, a positional isomer of 5F-AMB.

You are charged in Count Two of the information with a violation of 18 U.S.C. § 922(g), possession of a firearm by a prohibited person. The essential elements which must be proven to establish the violation are:

1. That you knowingly possessed the firearm;

2. That before you possessed the firearm, you had been convicted of a crime punishable by imprisonment for a term exceeding a year;

3. That at the time you possessed the firearm, you knew you had been convicted of a crime punishable by imprisonment for a term exceeding one year; and

4. That the firearm affected interstate commerce.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Donald S. Carter*
Donald S. Carter
Assistant United States Attorney
Eastern District of Texas
415 S. First Street, Ste. 201
Lufkin, Texas 75901
Texas Bar No. 24065011

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered by electronic delivery to defendant's attorney David Barlow, on the 4th day of April 2023.

*/s/ Donald S. Carter*
DONALD CARTER
