DATE     April 4, 2023　　　　　　　　　　CASE NUMBER   9:20cr40(1)  
LOCATION   BEAUMONT DIVISION　　　　　USA      Donald Carter  Assigned  
JUDGE    MICHAEL J. TRUNCALE　　　　　VS                       Appeared  
DEPUTY CLERK  Jill Veazey  
RPTR/ECRO  April Hargett  
USPO   Christal Channel　　　　　　　　　　　　TYSON SPENCER  
INTERPRETER　　　　　　　　　　　　　　　　　　　　　Defendant  
BEGIN   10:58　　　　　　　　　　　　　　　　　David Barlow  
Adjourn   11:24　　　　　　　　　　　　　　　　　　Attorney  

Total In-Court Time:  **26 MINS**

## SENTENCING

✓ Sentencing held　　　　　　☐ Sentencing called  
✓ Court adopts presentence report　　✓ Court Accepts Plea Agreement  
☐ Plea Agreement UNSEALED pursuant to Local Rule CR-49  
☐ Court adopts presentence report w/exception of:

| CT | CUSTODY | FINE | PROB | REST | SUP/REL | SP/ASSESS |
|---|---|---|---|---|---|---|
| 1 | 90 Months | Waived | ---- | ---- | 3 Years | $100.00 |
| 2 | 90 Months | | | | 3 Years | $100.00 |
| Of Ind | To be served CC | | | | To run CC | T = $200.00 |

**SPECIAL CONDITIONS:**

✓ . . . . . . Shall abide by **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.

✓ . . . . . Dft shall comply with the mandatory and special conditions as set forth in the Presentence Report.

✓ . . . . . . Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.

✓ . . . . . . Dft remanded to the USM.　　✓ Denial of ALL Federal benefits for a period of **1** years  
☐ . . . . . . Dft ordered to surrender　to　☐ USM　☐ designated institution.  
☐ . . . . . . Bond continued ☐ previous bond in this case $　　type _____ ☐ other case No.  
✓ . . . . . . Oral Motion - Govt - to Dismiss Count 3  
✓ . . . . . . Oral Order - Granted - Count 3 is dismissed  
☐ . . . . . . Dft failed to appear　☐ Order for arrest warrant　☐ bond forfeited.  
✓ . . . . . . **Dft advised of right to appeal and apply for court appointed counsel.**

☐ See reverse/attached for additional proceedings